**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deborah J. Huybers aka Debbie Huybers<br>fka Deborah J. Morris<br>&<br>Peter W. Huybers<br>Debtors | CHAPTER 13<br><br>BKY. NO. 15-16421 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for Deutsche Bank National Trust Company, as Trustee on behalf of HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, and index same on the master mailing list.

    Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734