IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Peter W. Huybers   :   Chapter 13
     and Deborah J. Huybers,   :   Bankruptcy No.: 15-16421-mdc
                  Debtor s   :

_____

**PRAECIPE TO WITHDRAW MOTION FOR DEFAULT JUDGMENT[DOCUMENT NO. 63] FILED ON MARCH 2, 2017**

TO THE CLERK OF COURT:

Kindly withdraw the motion for default judgment filed with the Court by Debtor Peter W. Huybers on March 2, 2017 [Document No. 63]. The motion was inadvertently filed in case 15-16421-mdc and not in adversary case 16-00428-mdc.

                        **LAW OFFICE OF STEPHEN J. ROSS**

By:   */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       152 E. High Street, Suite 100
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@SJR-LAW.com

Date: March 3, 2017