United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter W. Huybers  
Deborah J. Huybers  
    Debtors

Case No. 15-16421-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Denine<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Mar 09, 2017 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
db/jdb    +Peter W. Huybers,   Deborah J. Huybers,   1905 Walnut Ridge Estates,   Pottstown, PA 19464-3089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2017 at the address(es) listed below:

    BRIAN CRAIG NICHOLAS   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee on behalf of HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
    JOSEPH L QUINN   on behalf of Plaintiff Peter W. Huybers CourtNotices@sjr-law.com
    JOSEPH L QUINN   on behalf of Debtor Peter W. Huybers CourtNotices@sjr-law.com
    JOSEPH L QUINN   on behalf of Joint Debtor Deborah J. Huybers CourtNotices@sjr-law.com
    KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
    KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com
    MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Deutsche Bank National Trust Company mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 9

Huybers Stipulation Bankruptcy Case # 15-16421/MDC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Peter W. Huybers and Deborah J. Huybers aka Debbie Huybers fka Deborah J. Morris,<br>　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-16421/MDC |
| Nationstar Mortgage LLC as servicer for Deutsche Bank National Trust Company, as Trustee on behalf of HSI Asset Securitization Corporation Trust 2006-HE2,<br>　　Movant,<br>v.<br>Peter W. Huybers and Deborah J. Huybers aka Debbie Huybers fka Deborah J. Morris,<br>　　Debtors,<br><br>William C. Miller, Trustee,<br>　　Additional Respondent. | 11 U.S.C. § 362 |

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2. The post-petition arrearages on the mortgage held by Movant on Debtors' property at 1905 Walnut Ridge Estates, Pottstown, PA 19464, are $3,179.16. The breakdown of the arrears is as follows:

Post-Payments from December 1, 2016 to February 1, 2017 at $1,059.72 each = $3,179.16;

3. If Debtors provide proof of negotiated payments not already credited, they will receive credit for those payments.

4. Debtors shall cure the arrearages in the following manner:

(a) The balance of the arrears, to-wit, $3,179.16, shall be cured by the payment by Debtors of the sum of $529.86 commencing March 1, 2017, and continuing for 6 consecutive months through and including August 1, 2017, until the arrears are cured, together with the regular monthly mortgage payment of $1,059.72, or as same may be adjusted from time to time in accordance with Paragraph (d) hereof, for the total monthly payment amount of $1,589.58, payable on the due date of Debtors' mortgage;

(b) If funds are not received prior to the 16th of the month, then the payment shall include all applicable late charges;

(c) All payments to Movant are to be in CERTIFIED FUNDS, MONEY ORDER, or BANK CASHIER'S CHECK with the Loan No. written on the face thereof, and shall be made directly to Attention: BANKRUPTCY DEPARTMENT, Nationstar Mortgage LLC as servicer for Deutsche Bank National Trust Company, as Trustee on behalf of HSI Asset Securitization Corporation Trust 2006-HE2, at P.O. Box 619094, Dallas, Texas 75261-9741;

(d) Debtors are responsible to pay the monthly payment as that amount may be adjusted from time to time by Movant in accordance with standard escrow practices;

(e) All payments made pursuant to this Stipulation and Order shall be applied first to reimburse Movant for its attorneys' fees and costs (as provided for above) in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

5. In the event that Debtors fail to make any of the payments set forth above, Movant shall notify Debtors and Debtors' attorney of the default in writing and Debtors may cure the default within 15 days of the notice. If Debtors should fail to cure the default within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of the Certification, Debtors consents to the Court entering an Order granting Movant relief from the Automatic Stay.

Huybers Stipulation Bankruptcy Case # 15-16421/MDC

6. After Movant sends two (2) Notices of Default for Debtors' failure to remain post-petition current, then Movant may file a Certification of Default with the court instead of sending a third Notice of Default.

7. Debtors understands that should Movant be forced to provide a written Notice of Default of this Stipulation, that Debtors shall be responsible for any reasonable attorney fees of $50.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a result of preparation of same.

8. Debtors agree that the Court may waive Rule 4001(a) (3), permitting Movant to immediately implement and enforce the Court's order.

Dated: 2/13/17

Kevin S. Frankel, Esquire
Attorney for Movant

Dated: Feb 13, 2017

Joseph L. Quinn, Esquire
Attorney for Debtors

Dated: 3/7/17

William C. Miller
Trustee   *without prejudice to any trustee rights or remedies

AND NOW, this 9th day of March, 2017, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE