United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter W. Huybers  
Deborah J. Huybers  
      Debtors

Case No. 15-16421-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Apr 27, 2017  
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.  
db/jdb      +Peter W. Huybers,   Deborah J. Huybers,   1905 Walnut Ridge Estates,   Pottstown, PA 19464-3089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:  
      BRIAN CRAIG NICHOLAS   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee on behalf of HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      JOSEPH L QUINN   on behalf of Plaintiff Peter W. Huybers CourtNotices@sjr-law.com  
      JOSEPH L QUINN   on behalf of Debtor Peter W. Huybers CourtNotices@sjr-law.com  
      JOSEPH L QUINN   on behalf of Joint Debtor Deborah J. Huybers CourtNotices@sjr-law.com  
      KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com  
      KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com  
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Deutsche Bank National Trust Company mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
      TOTAL: 9

# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 13** |
| **Peter W. Huybers and Deborah J. Huybers** | ) | |
| Debtor(s) | ) | |
| | ) | **BK No. 15-16421-mdc** |
| | ) | |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,000.00.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2 less $1,500.00 which was paid by the Debtor(s) prepetition.**

BY THE COURT:

Date: April 26, 2017

_____
HON. MAGDALINE D. COLEMAN
U.S. BANKRUPTCY JUDGE