# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-16421-MDC

PETER W. HUYBERS
DEBORAH J. HUYBERS
1905 WALNUT RIDGE ESTATES

POTTSTOWN, PA 19464-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PETER W. HUYBERS
    DEBORAH J. HUYBERS
    1905 WALNUT RIDGE ESTATES

    POTTSTOWN, PA 19464-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

Date: 3/23/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee