United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 15-16421-mdc
Peter W. Huybers                                                              Chapter 13
Deborah J. Huybers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: 138NEW             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db/jdb         +Peter W. Huybers,   Deborah J. Huybers,   1905 Walnut Ridge Estates,   Pottstown, PA 19464-3089
cr             +Nationstar Mortgage LLC,   c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
cr             +Nationstar Mortgage LLC, et al,   c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13592817       +Amerifinancial Solutio,   Po Box 602570,   Charlotte, NC 28260-2570
13592818      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,   Attention: Recovery Department,
                 4161 Peidmont Pkwy.,   Greensboro, NC 27410)
13661759       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13671060        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13639227       +Deutsche Bank National Trust Company,   Nationstar Mortgage LLC,   PO Box 619096,
                 Dallas TX 75261-9096
13691875       +Law Office of Stephen Ross, P.C.,   152 E. High Street, Suite 100,   Pottstown, PA 19464-5480
13592826       +Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden, AL 35901-4173
13592828      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067)
13592830       +Shapiro & DeNardo LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13592831       +Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
13659720       +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13796878       +Walnut Ridge Homeowners Association,   PO Box 1235,   Pottstown, PA 19464-0881
13592833       +Walnut Ridgr Homeowners Association,   PO Box 1235,   Pottstown, PA 19464-0881

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 17 2018 02:28:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2018 02:27:33
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2018 02:28:00      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13592819       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 17 2018 02:28:58      Berks Credit & Coll,
                 900 Corporate Dr,   Reading, PA 19605-3340
13622451       +E-mail/Text: bncmail@w-legal.com Nov 17 2018 02:27:52      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13592820       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 17 2018 02:36:12      Cap1/boscv,
                 26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13592821       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 17 2018 02:35:49      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13620135        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 17 2018 02:35:49
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13592822       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 17 2018 02:27:14
                 Comenity Bank/New York & Company,   Attention: Bankruptcy,   P.O. Box 182125,
                 Columbus, OH 43218-2125
13592823       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 17 2018 02:36:20      Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13592824       +E-mail/Text: bankruptcy@erieinsurance.com Nov 17 2018 02:28:51      Erie Insurance Company,
                 100 Erie Insurance Place,   Erie, PA 16530-0001
13592825       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 17 2018 02:27:09      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13614957        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2018 02:36:21
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13673793       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 17 2018 02:27:43      Midland Credit Management, Inc.,
                 as agent for MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
13592827       +E-mail/Text: Bankruptcies@nragroup.com Nov 17 2018 02:28:56      National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
13592829       +E-mail/Text: notices@burt-law.com Nov 17 2018 02:28:53      Pottstown Memorial Hospital,
                 C/O Burton Neitl & Associates,   1060 Andrew Drive, Suite 170,   West Chester, PA 19380-5601
13592832       +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2018 02:36:38      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: 138NEW             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:

```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               on behalf of HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2 bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Plaintiff Peter W. Huybers CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor Peter W. Huybers CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Joint Debtor Deborah J. Huybers CourtNotices@sjr-law.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Peter W. Huybers and Deborah J. Huybers

        Debtor(s)                        Bankruptcy No: 15−16421−mdc
                                                    Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                       Timothy B. McGrath
                                                       Clerk of Court

Dated: 11/16/18

                                                                                               84 − 83
                                                                            Form 138_new